IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Valencia Daniels, dba, The New Black     :
Panther Party, *et al.*,

                      :      Civil Action 2:08-cv-00016

            Plaintiffs

                      :      Judge Marbley

   v.

                      :      Magistrate Judge Abel

State of Ohio, *et al.*,

                      :

            Defendants

                      :

# Order

Plaintiffs' June 4, 2009 motion for an order to show cause (doc. 107) is DENIED.

Judgment has been entered for defendants in these lawsuits. If plaintiffs believe they

are entitled to relief, their remedy is to appeal.


                              s/Mark R. Abel
                              United States Magistrate Judge